

  

Carol   Health

# Letter Details

**DuPage Medical Group**
WE CARE FOR YOU

July 8, 2019

To whom it may concern:

This is to certify that **Carol A Woods**, date of birth: 6/28/19

Patient will be off of work from today until 7/29/19

Please call if you have further questions,

Electronically signed by Vijay B Thangamani, MD 07/08/19